IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CESAR CORONA, § § *Plaintiff,* § § VS. § § ALLY FINANCIAL, INC., § § *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00140 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 20]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 4th day of October, 2023.**

*[signature]*
Michael J. Truncale
United States District Judge